IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
    Plaintiff,

v.          No. 3:13-cr-30254-DRH-1

YOLANDA RICE
    Defendant.

## ORDER

**HERNDON, District Judge:**

    Before the Court is defendant Yolanda Rice's Motion for Early Termination of Probation (Doc. 35). Defendant Rice has completed three-years of probation and the Court finds she is no longer in need of supervision by the United States Probation Office. The motion represents that neither the United States Probation Office nor the United States Attorney's Office oppose early termination of Rice's probation. 18 U.S.C. § 3564(c) authorizes the District Court to terminate a term of probation any time after a defendant has completed one-year of probation— which has occurred here. As such, the Court **GRANTS** defendant's Motion for Early Termination (Doc. 35), and **ORDERS** the probation of Yolanda Rice **TERMINATED**.

    **IT IS SO ORDERED**.
Signed this 28th day of August, 2017.

Digitally signed by
Judge David R. Herndon
Date: 2017.08.28
14:32:50 -05'00'

**UNITED STATES DISTRICT JUDGE**